# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-0521
Lower Tribunal No. 1999DR-005415-0000-00

_____

JIMMY LEE FIELDS,

Appellant,

v.

SABRINA LOVEJOY,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Polk County.
Lori A. Winstead, Judge.

August 26, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WHITE and GANNAM, JJ., concur.


Jimmy Lee Fields, Dundee, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED